IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| CENTRAL SOURCE LLC, )<br>Plaintiff, )<br>)<br>v. )<br>)<br>ANNUALCREDITREPORT-COM.US, )<br>an Internet Domain Name, et al., )<br>Defendants. ) | Civil Action No. 1:14cv305 |

FILED JUL 29 2014 CLERK, U.S. DISTRICT COURT ALEXANDRIA, VIRGINIA

## JUDGMENT ORDER

Upon consideration of the July 11, 2014 Report and Recommendation of the United States Magistrate Judge designated to conduct a hearing in this matter, no objections having been filed, and upon an independent *de novo* review of the record, it is hereby **ORDERED** that the Court adopts as its own the findings of fact and recommendation of the United States Magistrate Judge, as set forth in the July 11, 2014 Report and Recommendation.

Accordingly, it is hereby **ORDERED** that judgment is **ENTERED** by default in favor of plaintiff and against all twelve of the defendant internet domain names.

It is further **ORDERED** that the domain name registries VeriSign, Inc., Public Interest Registry, and NeuStar, Inc. — all of which are located in this District — are **DIRECTED** to change the registrar of record for the defendant domain names from the current registrar, Name.com, to plaintiff's registrar of choice, GoDaddy, and GoDaddy is then **DIRECTED** to take the necessary steps to have plaintiff listed as the owner and registrant for each of the twelve defendant domain names, as detailed in the Report and Recommendation.

The Clerk is **DIRECTED** to enter judgment in accordance with this Order, specifically identifying each of the twelve defendant domain names against which default judgment has been entered pursuant to Rule 58, Fed. R. Civ. P., and to place this matter among the ended causes.

The Clerk is further **DIRECTED** to send a certified copy of this Order to defendants, VeriSign, Inc., Public Interest Registry, NeuStar, Inc., GoDaddy, the Magistrate Judge, and all counsel of record.

Alexandria, VA
July 29, 2014

/s/
T. S. Ellis, III
United States District Judge